IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**PAUL BUCKNER,**

    **Petitioner,**

v.                                          Civ. Action No. 1:18cv214

**JENNIFER SAAD, Warden,**

    **Respondent.**

**ORDER ADOPTING R&R [DKT. NO. 6] AND
DENYING PETITIONER'S MOTION AS MOOT [DKT. NO. 3]**

Pending before the Court are Petitioner Paul Buckner's motion for leave to proceed in forma pauperis (Dkt. No. 3) and the report and recommendations ("R&R") of Magistrate Judge Michael J. Aloi (Dkt. No. 6). For good cause shown, the Court now **ADOPTS** Magistrate Judge Aloi's R&R (Dkt. No. 6) and **DENIES** Petitioner's motion as moot (Dkt. No. 3), noting that he paid his filing fee on December 13, 2018 (Dkt. No. 10).

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and the pro se petitioner, by certified mail, return receipt requested.

DATED: January 4, 2019.

                                             /s/ Thomas S. Kleeh
                                             THOMAS S. KLEEH
                                             UNITED STATES DISTRICT JUDGE